**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| S.G.D. Engineering, Ltd., an Israeli corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Lockheed Martin Corporation, Inc., a Maryland corporation,,<br><br>            Defendant. | No. CV-11-02493-PHX-DGC<br><br>**ORDER** |

Pursuant to the Order dated February 28, 2013 (Doc. 60), the Special Master appointed in this case submitted his Report and Recommendation ("R&R") on April 17, 2013 (Doc. 84). Plaintiff filed an objection to the R&R (Doc. 85) and Defendant filed a response (Doc 86).

The Special Master found that Defendant's Fifth Privilege Log satisfied the requirements of Rule 26(b)(5). Doc. 84 at 19. Plaintiff objects to that finding, arguing that the log contains "and/or" descriptions and entries for documents about which no privilege is claimed. Doc. 85 at 3-4. In its response, Defendant has agreed to revise the log to satisfy these concerns. Doc. 86 at 2. With those modifications, the Court finds that the log satisfies Rule 26(b)(5).

The Special Master further recommends additional *in camera* review. Doc. 84 at 19. The parties agree that additional *in camera* review is not necessary. Doc. 85 at 5; Doc. 86 at 3. Accordingly, the Court will not order additional *in camera* review.

Finally, the Court agrees with the Special Master's finding that each side shall pay one-half of the Special Master's fee. Doc. 84 at 20; Doc. 60 at 2.

**IT IS ORDERED:**

1. The R&R (Doc. 84) is **adopted in part** as set out above.
2. The parties shall each pay 50% of the Special Master's fee.
3. The Court appreciates the Special Master's assistance in this matter.

Dated this 24th day of May, 2013.

_____
David G. Campbell
United States District Judge